UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRANCE LEWIS** | : |
| Plaintiff | : |
| v. | : Civil Action No. 2019-cv-2847 |
| **CITY OF PHILADELPHIA,** and **DETECTIVES JAMES HUGHES** and **THOMAS KANE**, in their individual capacities | : **JURY TRIAL DEMANDED** |
| Defendants | : |

## PRAECIPE TO SETTLE, DISCONTINUE AND END

TO THE PROTHONOTARY:

Kindly mark the above-captioned matter settled, discontinued, and ended.

Respectfully submitted,

ROSS FELLER CASEY, LLP

By: _____
Robert Ross, Esquire (ID #47152)
Kevin Harden, Jr., Esquire (ID #310164)
One Liberty Place - Suite 3450
1650 Market Street
Philadelphia, PA 19103
Tel: 215-574-2000
*Attorneys for Plaintiff*

Dated: September 8, 2020

# **CERTIFICATE OF SERVICE**

    I, Lori Comitale, Paralegal, hereby certify that a copy of the foregoing Praecipe to Settle, Discontinue and End to has been served via electronic filing mail upon counsel listed below:

Meghan E. Claiborne, Esquire
City Solicitor's Office
1515 Arch Street
Philadelphia, PA 19102
*Attorney for All Defendants*

                                                 */s/ Lori Comitale*
                                                 LORI COMITALE
                                                 *Paralegal to Kevin Harden, Jr., Esquire*

Dated: September 8, 2020